BARBARA ELLENSOHN, Appellant, *v.* JOHN S. KEYES et al.,
Respondents.

*Ellensohn* v. *Keyes*, 6 App. Div. 601, appeal dismissed.
(Argued November 30, 1896; decided December 15, 1896.)

· APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered June
25, 1896, which reversed an order of Special Term directing
that certain issues in an action in equity be submitted to a
jury.

*Isaac N. Miller* for appellant.

*William B. Hornblower* and *Edward C. Perkins* for
respondents.

Appeal dismissed, with costs; no opinion.
All concur.

---

MARY REYNOLDS, Appellant, *v.* THE CITY NATIONAL BANK
of Watertown et al., Respondents.

*Reynolds* v. *City National Bank*, 71 Hun, 386, affirmed.
(Argued December 4, 1896; decided December 22, 1896.)

APPEAL from a judgment of the General Term of the
Supreme Court in the fourth judicial department, entered
October 2, 1893, which affirmed a judgment in favor of
defendants entered upon a decision of the court at Special
Term dismissing the complaint.

*Hannibal Smith* for appellant.

*John Lansing* for respondents.

Judgment affirmed, with costs, on opinions below.
All concur.